1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON # HI 5890
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12

13  MARK RASMUSSEN,                )
                                    )   CIVIL NO. 2:06-CV-02222-GGH
14          Plaintiff,              )
                                    )   STIPULATION AND ORDER AWARDING
15          v.                      )   ATTORNEY FEES UNDER THE EQUAL
                                    )   ACCESS TO JUSTICE ACT (28 U.S.C.
16  MICHAEL J. ASTRUE[1],           )   § 2412(d)) AND COSTS (28 U.S.C. § 1920)
    Commissioner of Social Security,)
17                                  )
            Defendant.              )
18  _____)

19      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

20  approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in

21  the amount of THREE THOUSAND NINE HUNDRED AND SEVENTY EIGHT DOLLARS AND

22  TWENTY ONE CENTS ($3,978.21) and costs in the amount of NINETY FIVE DOLLARS AND

23  EIGHTY THREE CENTS ($95.83). This amount represents compensation for all legal services

24  rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed

25

26  _____
       [1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
27  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore,
    be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action
28  need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security
    Act, 42 U.S.C. § 405(g).

before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Dated: 2/8, 2008

Respectfully submitted,

IAN M. SAMMIS
Attorney for Plaintiff

Dated: _____, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Peter Thompson
PETER THOMPSON
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: Feb. 27, 2008

GREGORY G. HOLLOWS
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge